JS-6

JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH, LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone:  (415) 348-6000
Facsimile:   (415) 348-6001
Email:         jkirsch@gibsonrobb.com

Attorneys for Plaintiff
STARR INDEMNITY & LIABILITY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>YAMATO TRANSPORT U.S.A., INC., a corporation; VANGUARD LOGISTICS SERVICES (USA), INC. dba Direct Container Line dba DCL; NIPPON YUSEN KAISHA (NYK LINE); NYK LINE (NORTH AMERICA), INC., a corporation; YUSEN TERMINALS, INC., a corporation; and DOE ONE through DOE TEN,<br><br>Defendants.<br>_____ | Case No. 2:16-cv-04616-BRO-AFM<br>ORDER ON<br>**STIPULATION OF DISMISSAL**<br>_____<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: June 24, 2016 |

/ / /

/ / /

/ / /

---

STIPULATION OF DISMISSAL
Case No. 2:16-cv-04616-BRO-AFM; File No. 5476.03

1     It is hereby stipulated by and between the parties who have appeared in this
2 action through their designated counsel that the above-captioned lawsuit be and
3 hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

4     Joshua E. Kirsch attests that pursuant to ECF Rule § 2(f)(4), all other
5 signatories listed, and on whose behalf the filing is submitted, concur in the
6 filing's content and have authorized the filing.

                                                                       Respectfully submitted,

Dated: October 21, 2016         GIBSON ROBB & LINDH LLP

                                                                     /s/ JOSHUA E. KIRSCH
                                                                     Joshua E. Kirsch, Esq.
                                                                     Attorneys for Plaintiff
                                                                     STARR INDEMNITY & LIABILITY
                                                                     COMPANY

                                                         Respectfully submitted,

Dated: October 21, 2016         ROBERTS AND KEHAGIARAS LLP

                                                 /s/ CAMERON W. ROBERTS
                                                 Cameron W. Roberts, Esq.
                                                 Attorneys for Defendant
                                                 VANGUARD LOGISTICS SERVICES
                                                 USA, INC. d/b/a Direct Container Line
                                                 d/b/a DCL

                                                         Respectfully submitted,

Dated: October 21, 2016         KEESAL YOUNG & LOGAN

                                                 /s/ TARA B. VOSS
                                                 Tara B. Voss, Esq.
                                                 Attorneys for Defendants
                                                 NYK LINE NORTH AMERICA, INC. and
                                                 YUSEN TERMINALS, INC. erroneously
                                                 sued as YUSEN TERMINALS LLC

**IT IS SO ORDERED.**

STIPULATION OF DISMISSAL
Case No. 2:16-cv-04616-BRO-AFM; File No. 5476.03

DATED: October 26, 2016

UNITED STATES DISTRICT JUDGE

- 2 -